■ PEOPLE v KIRK WEST.—Motion granted insofar as to: (1) recall and vacate, in its entirety, the decision and order of October 3, 1991 (176 AD2d 480), (2) direct respondent to provide to defendant's counsel the subject addendum, and (3) direct calendaring of the appeal, to be limited solely to the matter of the *Rosario* issue, for rehearing in the June 1992

Term, as indicated. Concur—Milonas, J. P., Ellerin, Asch and Rubin, JJ.